**GARRICK S. LEW (SBN 61889)**
**RICHARD G. HULLINGER (SBN 294025)**
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com
richardh@defendergroup.com

Attorneys for Defendant
**MUTEE AL-GHAFFAAR**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-548 WHO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL SETTING OR CHANGE OF PLEA TO SEPTEMBER 17, 2015** |
| vs. | |
| MUTEE AL-GHAFFAAR, | |
| Defendant. | |

The United States of America, by and through its attorney of record, and defendant Mutee Al-Ghaffaar ("defendant"), by and through his attorney of record, jointly request that the scheduled court date of August 13, 2015 be vacated and that this matter be continued to September 17, 2015 at 1:30 p.m. to enable the completion of both the criminal history report by the Office of Probation and the drug re-weighing and re-testing by the defense expert. The parties hereby stipulate as follows:

1.   At the last court proceeding on June 18, 2015, the defense counsel requested, and the Court ordered, that the Office of Probation prepare a criminal history report, including whether defendant qualifies as a career offender under U.S.S.G. § 4B1.1.  Because defendant's criminal history includes a number of felony convictions for Transportation, Sale, etc. of a

1. Controlled Substance under California Health & Safety Code § 11352(a), a modified categorical analysis is required for each of those convictions to determine whether they qualify as a "controlled substance offense" as defined in U.S.S.G. § 4B1.2(b). Given the extent of defendant's criminal history, and the need to obtain numerous state conviction documents, the assigned probation officer has advised that she will not be able to complete the criminal history report by August 3, 2015 and will need additional time.

2. In addition, by letter dated June 25, 2015, the defense counsel requested that the government produce the controlled substances in this case for the purpose of re-weighing and re-testing of those substances by a defense expert at a private laboratory. Defense counsel has received CJA funding approval for the expert services and has notified government's counsel, who has been facilitating defendant's request. Since the re-weighing and re-testing involve a two-step process, the parties will file, within the next few days, two stipulations and proposed orders setting forth the procedures for this re-analysis, in coordination with the DEA Laboratory. Government's counsel has been informed by the DEA Laboratory that the re-weighing and re-testing procedures typically take thirty days to complete.

3. For the reasons stated above, the parties stipulate and agree that this matter should be continued to September 17, 2015 at 1:30 p.m., and that the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from August 13, 2015 to September 17, 2015 should be excluded on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and for effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

//

//

//

| | | |
|---|---|---|
| 1 | DATED:  July 31, 2015 | Respectfully submitted, |
| 2 | | MELINDA HAAG |
| 3 | | United States Attorney |
| 4 | | /s/ |
| 5 | | _____ |
|   | | DEBORAH R. DOUGLAS |
|   | | Assistant United States Attorney |

DATED:  July 31, 2015    Respectfully submitted,

MELINDA HAAG
United States Attorney

            /s/
_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

            /s/
_____
RICHARD HULLINGER
GARRICK S. LEW
Attorneys for Defendant
MUTEE AL-GHAFFAAR

ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the court date of August 13, 2015 shall be vacated and that this matter shall be continued to September 17, 2015 at 1:30 p.m. for trial setting or change of plea. IT IS FURTHER ORDERED that the time from August 13, 2015 to September 17, 2015 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated:  August 3, 2015    _____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE