**GARRICK S. LEW (SBN 61889)**
**RICHARD G. HULLINGER (SBN 294025)**
**Law Offices of Garrick S. Lew & Associates**
**1000 Brannan Street, Suite 488**
**San Francisco, CA 94103**
**Telephone: (415) 575-3588**
**Facsimile:   (415) 522-1506**
**gsl@defendergroup.com**
**richardh@defendergroup.com**

Attorneys for Defendant
**MUTEE AL-GHAFFAAR**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-548 WHO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL SETTING OR CHANGE OF PLEA TO DECEMBER 10, 2015** |
| vs. | |
| MUTEE AL-GHAFFAAR, | |
| Defendant. | |

The United States of America, by and through its attorney of record, and defendant Mutee Al-Ghaffaar ("defendant"), by and through his attorney of record, jointly request that the scheduled court date of October 29, 2015 be vacated and that this matter be continued to December 10, 2015 at 1:30 p.m. to enable the government and the defense (1) to meet and confer regarding the re-tests of the evidence and (2) to review the Modified Probation Presentence Report e-filed on October 23, 2015.  The parties hereby stipulate as follows:

1.     On October 1, 2015, the defense provided the government with the name and address of the second expert who would be performing the qualitative and quantitative analysis of the controlled substance exhibits the government intends to introduce in its case-in-chief.

1  The defense requested a meeting with government's counsel prior to the DEA Laboratory's
2  mailing of the representative samples to the second defense expert.

3      2.    The parties met on October 7, 2015, and the representative samples were mailed
4  via overnight Federal Express to the second expert's laboratory on October 13, 2015.

5      3.    On October 14, 2015, the second defense expert received the representative
6  samples. Later that same day, the defense informed the government that the second expert
7  would not be able to perform the analysis and that the defense would need to retain the services
8  of a third forensic toxicologist to perform the re-tests.

9      4.    On October 15, 2015, the defense provided the government with the name and
10 address of the third expert.

11     5.    On October 20, 2015, the parties entered into discussions regarding the re-
12 testing procedures. Those discussions are ongoing.

13     6.    For the reasons stated above, the parties stipulate and agree that this matter
14 should be continued to December 10, 2015 at 1:30 p.m., and that the failure to grant such a
15 continuance would unreasonably deny the defendant the reasonable time necessary for effective
16 preparation, taking into account the exercise of due diligence. The parties further stipulate and
17 agree that the time from October 29, 2015 to December 10, 2015 should be excluded on the
18 basis that the ends of justice are served by taking such action which outweigh the best interest

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

*United States v. Mutee Al-Ghaffaar* CR 14-548 WHO     2

of the public and the defendant in a speedy trial and for effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  October 26, 2015                     Respectfully submitted,

                                             BRIAN J. STRETCH
                                             Acting United States Attorney

                                                    /s/
                                             _____
                                             DEBORAH R. DOUGLAS
                                             Assistant United States Attorney

                                                    /s/
                                             _____
                                             RICHARD HULLINGER
                                             GARRICK S. LEW
                                             Attorneys for Defendant

## ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the court date of October 29, 2015 shall be vacated and that this matter shall be continued to December 10, 2015 at 1:30 p.m. for trial setting or change of plea. IT IS FURTHER ORDERED that the time from October 29, 2015, to December 10, 2015 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October  28 , 2015                    _____
                                             HONORABLE WILLIAM H. ORRICK
                                             UNITED STATES DISTRICT JUDGE