**RICHARD G. HULLINGER (SBN 294025)**
**Law Offices of Garrick S. Lew & Associates**
**1000 Brannan Street, Suite 488**
**San Francisco, CA 94103**
**Telephone: (415) 575-3588**
**Facsimile:   (415) 522-1506**
gsl@defendergroup.com
richardh@defendergroup.com

Attorneys for Defendant
**MUTEE AL-GHAFFAAR**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-548 WHO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING TO JUNE 2, 2016** |
| vs. | |
| MUTEE AL-GHAFFAAR, | |
| Defendant. | |

The United States of America, by and through its attorney of record, and defendant Mutee Al-Ghaffaar ("defendant"), by and through associate counsel, Richard Hullinger,[1] jointly request that the scheduled court date of April 21, 2016, be vacated and that this matter be continued to June 2, 2016, at 1:30 p.m. to allow time for appointment and effective preparation of new lead counsel.  Mr. Al-Ghaffaar's previous court-appointed counsel, Garrick Lew passed away on March 19, 2016.  Given that new counsel will require time to review the case a continuance will allow for effective preparation of counsel.

For the reason stated above, the parties stipulate and agree that this matter should be continued to June 2, 2016, at 1:30 p.m., and that the failure to grant such a continuance would

---

[1] Mr. Hullinger has been appointed as associate counsel by this Court and is handling all of the late Garrick Lew's court-appointed cases until such time as new lead counsel can be appointed.

*United States v. Mutee Al-Ghaffaar* 14-CR-548 WHO            1
STIPULATION AND ORDER TO CONTINUE SENTENCING

1  unreasonably deny the defendant the reasonable time necessary for effective preparation, taking
2  into account the exercise of due diligence.

3
4  DATED: April 7, 2016                    Respectfully submitted,

5                                          BRIAN STRETCH
                                           United States Attorney
6                                                  /s/
7                                          _____
                                           DEBORAH DOUGLAS
8                                          Assistant United States Attorney

9                                                  /s/
                                           _____
10                                         RICHARD HULLINGER
                                           Attorney for Defendant
11

12

13

14
                                         ORDER
15
       Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY
16
    ORDERED that the court date of April 21, 2016, shall be vacated and that this matter shall be
17
    continued to **June 9, 2016**, at 1:30 p.m. for sentencing.
18

19
       **IT IS SO ORDERED.**
20

21  Dated: April 8, 2016
                                           _____
22                                         HONORABLE WILLIAM H. ORRICK
                                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

*United States v. Mutee Al-Ghaffaar* 14-CR-548 WHO            2
STIPULATION AND ORDER TO CONTINUE SENTENCING